# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Parsons Government Services, Inc. | ) ASBCA No. 59504 |
| | ) |
| Under Contract No. DAAA09-03-D-0023 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:   Kevin J. Slattum, Esq.
    Pillsbury Winthrop Shaw Pittman LLP
    Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Carol L. Matsunaga, Esq.
    Srikanti Schaffner, Esq.
    Trial Attorneys
    Defense Contract Management Agency
    Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 May 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59504, Appeal of Parsons Government Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals